860

No. 82–68.　Swift Agricultural Chemicals Corp. *v.* Farmland Industries, Inc., et al.　C. A. 10th Cir. Certiorari denied.

No. 82–69.　Mid-America Regional Bargaining Assn. et al. *v.* Will County Carpenters District Council et al.　C. A. 7th Cir.　Certiorari denied.

No. 82–70.　Chin *v.* United States.　C. A. 2d Cir. Certiorari denied.

No. 82–71.　Cochrane *v.* Marx et al.　C. A. 3d Cir. Certiorari denied.

No. 82–73.　Craig et al. *v.* Barney et al.　C. A. 4th Cir.　Certiorari denied.

No. 82–76.　Shapiro *v.* Cooke, Chief Judge, Court of Appeals of New York, et al.　Ct. App. N. Y.　Certiorari denied.

No. 82–78.　California *v.* Shirley.　Sup. Ct. Cal. Certiorari denied.

No. 82–82.　McKee et al. *v.* County of Ramsey et al. Sup. Ct. Minn.　Certiorari denied.

No. 82–83.　Stepeny *v.* United States.　C. A. 2d Cir. Certiorari denied.

No. 82–85.　Cavalier *v.* T. Smith & Son, Inc., et al. C. A. 5th Cir.　Certiorari denied.

No. 82–89.　Henry *v.* United States.　C. A. 6th Cir. Certiorari denied.

No. 82–90.　Sargent *v.* Mayer.　C. A. 9th Cir.　Certiorari denied.